FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 18  PM 2: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BESSIE SINGLETARY, ET AL | * | CIVIL ACTION |
| | * | NUMBER: 05-4000 |
| v. | * | |
| UNITED STATES OF AMERICA | * | SECTION "I" (4) |

\* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW COMES, defendant United States of America, who moves for leave to file the attached Reply Memorandum in Support of its Motion to Limit the Ad Damnum, for reason that plaintiffs have submitted an opposition memorandum containing inaccuracies that requires a response, and defendant desires to assist the court by addressing plaintiffs' arguments.

JIM LETTEN
UNITED STATES ATTORNEY

*Alice Daigle*

ALICE DAIGLE (#29134)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3009